# U.S. BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

Case Number: 15-04472-jw

### CONSENT ORDER EXTENDING TIME PROVIDED FOR IN PREVIOUS ORDER AUTHORIZING DEBTORS TO INCUR SECURED DEBT

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**10/09/2018**



*signature: John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 10/10/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

**Chapter 13**

**Raymond D Paxton**

**Nicole L Paxton**

Case No.:   15-04472-jw

**Debtor(s).**

_____

## CONSENT ORDER EXTENDING TIME PROVIDED FOR IN PREVIOUS ORDER AUTHORIZING DEBTORS TO INCUR SECURED DEBT

On August 2, 2018, the Debtors moved for an Order allowing then to incur debt to purchase a residence due to a job transfer to Texas. An order was entered on August 22, 2018 granting the Debtors' motion. Said order provided that "this authorization expires sixty (60) days following the entry of this order unless an extension is consented to by the trustee prior to the 60-day expiration."

The debtor's job transfer to Texas was unexpectedly delayed. The house that the debtors had planned to buy is no longer available, and they have been forced to find a new residence and to repeat the loan approval process. As a result, the debtors are unable to close on a home by the October 22nd deadline in the order. The debtors believe that they will be able to find another home to purchase if given an additional 60- day extension to close.

Based upon the above information, it is **ORDERED** that the Debtors are granted an additional 60-day extension to incur debt upon the terms set forth in this Court's order dated August 22, 2018. This extension will expire on December 22, 2018  unless an extension is consented to by the trustee prior to December 22, 2018.

**AND IT IS SO ORDERED.**

I consent:
/s/James M Robbins                    Chapter 13 Trustee Consent to be filed electronically
 Debtors attorney SC Bar # 3490
 PO Box 50606
 Myrtle Beach, SC 29579